PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER TERMINATION OF SUPERVISION

| | |
|---|---|
| **Offender Name:** | Robin L. ALSIP |
| **Docket Numbers:** | 2:00CR00130-01<br>2:00CR00166-01<br>2:00CR00200-01<br>2:00CR00228-01<br>2:00CR00250-01 |
| **Offender Address:** | Redding, California (City and State only) |
| **Judicial Officer:** | Honorable David F. Levi<br>Chief United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 11/02/2000 |
| **Original Offense:** | 2:00CR00130 - Conspiracy to Possess Stolen Mail; Post Office Burglary (Counts 1, 3, and 6);<br>2:00CR00166 - Conspiracy to Possess Stolen Mail; Possession of Stolen Mail; Post Office Burglary (Counts 1, 9, 10 and 11);<br>2:00CR00200 - Conspiracy to Possess Stolen Mail (Count 1);<br>2:00CR00228 - Conspiracy to Possess Stolen Mail (Count 1);<br>2:00CR00250 - Possession of Stolen Mail (Counts 10, 11, and 12)<br>(CLASS D FELONIES) |
| **Original Sentence:** | 25 months custody Bureau of Prisons, all counts concurrent; 36 month term of Supervised Release; $6,096.32 restitution (total all counts); $1,300 special assessments (total all counts) |

RE:     Robin L. ALSIP
        Docket Numbers:  2:00CR00130-01, 2:00CR00130-0, 2:00CR00166-01,
                         2:00CR00200-01, 2:00CR00228-01, 2:00CR00250-01
        **REPORT OF OFFENDER NON-COMPLIANCE**

| | |
|---|---|
| **Special Conditions:** | Warrantless search; Financial disclosure and restrictions; Drug aftercare counseling and testing; Alcohol abstinence; Co-payment requirement; No contact with any persons involved in instant offense, whether indicted or not |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/24/2002 |
| **Assistant U.S. Attorney:** | Michelle Rodriguez       **Telephone:** 916-554-2700 |
| **Defense Attorney:** | Vicky Cody       **Telephone:** 916-498-5700<br>Assistant Federal Defender |
| **Other Court Action:** | None |

The releasee has paid the special assessments imposed in full; however, she has not been able to complete payment of her restitution order. She is self-employed, having started her own home-cleaning business, and has paid restitution to the best of her ability. Her outstanding balance owing is $5,601.32. She has been totally compliant in all other areas of her supervision, has remained drug-free, and has not incurred any new arrests or convictions.

**United States Probation Officer Plan/Justification:** It is recommended the releasee's term of Supervised Release be allowed to terminate on May 23, 2005, as scheduled, and

RE:     Robin L. ALSIP
        Docket Numbers:  2:00CR00130-01, 2:00CR00130-0, 2:00CR00166-01,
                         2:00CR00200-01, 2:00CR00228-01, 2:00CR00250-01
        **REPORT OF OFFENDER NON-COMPLIANCE**


the matter of unpaid restitution be referred to the United States Attorney's Office for further collection processes.

                        Respectfully submitted,


                        JOSEPH N. GAMA
                        United States Probation Officer
                        Telephone: 530-246-5476

**DATED:**     May 19, 2005
               Redding, California
               JNG:mj~tdl


**REVIEWED BY:**     _____
                     **RICHARD A. ERTOLA**
                     _____**Supervising United States Probation Officer**

RE:   Robin L. ALSIP
      Docket Numbers:  2:00CR00130-01, 2:00CR00130-0, 2:00CR00166-01,
                       2:00CR00200-01, 2:00CR00228-01, 2:00CR00250-01
      **REPORT OF OFFENDER NON-COMPLIANCE**

**THE COURT ORDERS:**

( X )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

(   )   Submit a Request for Modifying the Conditions or Term of Supervision.

(   )   Submit a Request for Warrant or Summons.

(   )   Other:

| | |
|---|---|
| **5/19/2005** | /s/ David F. Levi |
| **Date** | **Signature of Judicial Officer** |

cc:   United States Probation
      Michelle Rodriguez, Assistant United States Attorney
      Vicky Cody, Assistant Federal Defender

Attachment:  Presentence Report   (Sacramento only)